United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UDESHKUMAR KHEMABHAI SOLANKI, Plaintiff, | § § § § § | CIVIL ACTION NUMBER 4:25-cv-02996 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| UR M. JADDOU, Defendant. | § § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Udeshkumar Khemabhai Solanki proceeds here *pro se*. He brings claims under the Administrative Procedure Act to compel Defendant Ur M. Jaddou, Director of United States Citizenship and Immigration Services, to issue a bona fide determination on his pending Form I-918 and related Form I-765 work authorization. Dkt 1. The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 5.

Pending is a motion by Defendant to dismiss under Rules 12(b)(1) and 12(b)(6). Dkt 17. Defendant argues that (i) Plaintiff fails to identify any provision that requires USCIS to make a bona fide determination within a particular time frame, and (ii) subject matter jurisdiction is lacking over Plaintiff's claims because such determinations are discretionary and thus insulated from judicial review. Id at 9–13. Plaintiff didn't respond.

Judge Bryan recommends that the Rule 12(b)(1) motion be granted because USCIS decisions regarding bona fide determinations for Form I-918 petitions and related work authorizations are discretionary and thus

unreviewable under 8 USC §1252(a)(2)(B)(ii). See Dkt 18 at 5–8.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

The motion to dismiss for lack of subject matter jurisdiction by Defendant Ur M. Jaddou is GRANTED. Dkt 17.

The identical sealed motion by Defendant to dismiss is DENIED AS MOOT. Dkt 16.

All claims are DISMISSED WITHOUT PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on ___June 25, 2026___, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2